IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00303-BNB

ROGER DAVID JOHNSON, JR.,

    Applicant,

v.

WARDEN FALK, Sterling Correctional Facility, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a **presiding** judge and, if appropriate, to a **magistrate** judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge and, if appropriate, to a **magistrate** judge.

DATED May 6, 2014, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge