**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge William J. Martínez**

Civil Action No. 14-cv-0303-WJM

ROGER DAVID JOHNSON JR.,

    Applicant,

v.

WARDEN FALK, Sterling Correctional Facility, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## ORDER

    This matter is before the Court on Respondents' Response to Applicant's Motion to Rescind the Court's May 9, 2014 Order and Applicant's Supplement and Motion to Rescind, ECF Nos. 19. Contrary to Applicant's claim that he did not receive a copy of Respondents' Pre-Answer Response, Respondents assert that their Pre-Answer Response was mailed to Applicant on March 6, 2014, and the certificate of service shows the correct address was used.

    Applicant, in the Supplement, provides a copy of a Request for Interview he sent to the Sterling Correctional Facility mail room and a response to the Request. The quality of both the Request for Interview and the response to the Request is poor and the attachments are difficult to read, but the Court is able to determine the following. Applicant sent the Request to Sergeant Christians on May 16, 2014, requesting that Sergeant Christians confirm if between March 6 and March 21, 2014, incoming mail from the Attorney General's Office was received with his name. Supplement at 3. What appears to be a response to the Request of Interview is an unsigned statement as

follows, "Did not see anything on the dates you gave." *Id.* at 4.

Given that the response to Applicant's Request is unsigned and Respondents addressed only when and how the Pre-Answer Response was sent from the Attorney General's Office, the Court will direct Respondent Warden Falk to respond. Respondent Falk is directed to state what procedure is followed by the Sterling Correctional Facility in processing incoming mail to inmates, including general and legal mail. Respondent Falk further is directed to provide documentation as to whether mail from the Attorney General's Office was received by the Sterling Correctional Facility and provided to Applicant during the period from March 6, 2014, through May 9, 2014. Accordingly, it is

ORDERED that Respondent is directed to respond, on or before June 11, 2014, as instructed above.

Dated this 3rd day of June, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge